# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **IBRAHIM DE LA CRUZ** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 2114(a) |
| Defendant. | : | (Armed Robbery of Property of the |
| | : | United States) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 924(d) and § 981(a)(1)(C); |
| | : | 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 10, 2024, in the District of Columbia the defendant, **IBRAHIM DE LA CRUZ**, did assault a person having lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, and in doing so the defendant **IBRAHIM DE LA CRUZ**, put the life of the said postal worker in jeopardy by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United States Code, Section 2114(a).

   (**Robbery of Mail, Money, or Other Property of the United States,** in violation of Title 18, United States Code, Section 2114(a))

## FORFEITURE ALLEGATION

1. Upon conviction of Count One of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

3. Upon conviction of Count One of this Information, the defendant shall forfeit to the United States any firearms and ammunition found in the possession or under the control of the defendant at the time of his arrest, pursuant to Title 18, United States Code, Section 3665 and Title 28, United States Code, Section 2461(c).

## PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following:

1. A Black, Glock 29, 10 millimeter ammunition and 1 black magazine.

## SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(5), 3665, and 924(d)); and Title 28, United States Code, Section 2461(c))

                  Respectfully submitted,

                  EDWARD R. MARTIN, JR.
                  United States Attorney

By:    */s/ James B. Nelson*
        JAMES B. NELSON
        D.C. Bar No. 1613700
        Assistant United States Attorney
        Federal Major Crimes Section
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-6986
        james.nelson@udoj.gov